PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON



FILED

AUG 1 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MORGAN,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE CO. OF BOSTON,<br><br>        Defendant. | CASE NO. CIV S-03-1392 WBS GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, JUANITA MORGAN, and Defendant, LIBERTY LIFE ASSURANCE CO. OF BOSTON ("Liberty Life"), through their respective counsel of record herein, that the above-captioned action be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: February 25, 2005          LAW OFFICES OF JESSE S. KAPLAN

By: /s/
JESSE S. KAPLAN
Attorneys for Plaintiff, JUANITA MORGAN

\\\

\\\

\\\

Dated: March 4, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE ASSURANCE CO. OF BOSTON

**IT IS SO ORDERED.**

Dated: August 9, 2005

By: *[signature]*
UNITED STATES DISTRICT JUDGE